

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00112-CV

**IN RE** David **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice

Delivered and Filed:  February 26, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On February 18, 2014, relator David Rodriguez filed a pro se petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.[2] Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010PC2639, styled *Maria I. Rodriguez, An Incapacitated Person*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.

[2] The court notes that relator has filed a previous petition for writ of mandamus in which he also challenged the probate court's jurisdiction in the underlying guardianship proceeding. We denied mandamus relief in that proceeding as well. *See In re Rodriguez*, No. 04-11-00120-CV, 2011 WL 649491, at *1 (Tex. App.—San Antonio Feb. 23, 2011, orig. proceeding).